[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 10, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-16887
Non-Argument Calendar

_____

D. C. Docket No. 04-00043-CR-OC-10-GRJ

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDALL SCOTT KIMBRELL,
a.k.a. Mystiick,
a.k.a. Grim9,
a.k.a. Xeoxan,
a.k.a. Alphalycaon,
a.k.a. Shade,
a.k.a. Lycaonshade,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(May 10, 2007)**

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Thomas H. Ostrander, Esq., appointed counsel for Randall Scott Kimbrell, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merit of the appeal is correct. Independent examination of the entire record reveals no arguable issues of merit, therefore, counsel's motion to withdraw is **GRANTED**, and Kimbrell's conviction and sentence are **AFFIRMED**.